Chicago Lincoln Club, plaintiff in error, v. Orville R. Seiter, defendant in error. Gen. No. 29,526.

Motion to strike bill of exceptions to judgment for plaintiff, because filed more than thirty days after judgment. Motion granted and judgment affirmed. Error to the Municipal Court of Chicago; the Hon. I. L. Weaver, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed November 22, 1924.

Sumner C. Palmer, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

Wallenberger & Company, appellee, v. Jacob Katz, appellant. Gen. No. 29,761.

Motion to affirm judgment because of failure to file complete transcript on appeal in due time. Judgment affirmed. Appeal from the Municipal Court of Chicago; the Hon. John J. Lupe, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed November 22, 1924.

K. B. Czarnecki, for appellant. Levinson & Hoffman, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Price Iron & Steel Company, appellee, v. E. Marx and I. Marx, copartners, trading as A. Marx & Sons, appellants. Gen. No. 29,197.

Action to recover damages for breach of contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed December 1, 1924. Rehearing denied and opinion slightly modified December 12, 1924.

N. I. Barry and John S. Hummer, for appellants; Cyrus Heren, of counsel. Benjamin B. Morris, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Louis Bordonsky, appellee, v. Morris Bender, appellant. Gen. No. 29,251.

Suit for real estate broker's commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Lupe, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed December 1, 1924.

Harry H. Krinsky, for appellant. Lewis & Lewis, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.